DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**KATHLEEN BERGER,**
Appellant,

v.

**88TH STREET REAL ESTATE MANAGEMENT I, LLC,**
Appellee.

No. 4D21-1846

[August 4, 2021]

Appeal from the County Court for the Seventeenth Judicial Circuit, Broward County; Natasha DePrimo, Judge; L.T. Case No. 21-005963 COWE (82).

Kathleen Berger, Oakland Park, pro se.

Robert Worman of Robert M. Worman, P.A., Plantation, for appellee.

PER CURIAM.

*Affirmed.* Fla. R. App. P. 9.315(a).

MAY, CIKLIN and LEVINE, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely filed motion for rehearing.***